IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LON BEST, INDIVIDUALLY, )<br>and )<br>A. BEST CONTRACTING CO., INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1870 (RMC) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER,** hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On November 17, 2006, service was made upon Defendant, A. Best Contracting Co., Inc., by delivering said documents at 39-63rd Street, Woodside, NY 11377, to Annette Rovino, Secretary, authorized to accept service on behalf of A. Best Contracting Co., Inc.

3. Proof of such service on A. Best Contracting Co., Inc., is provided by the Affidavit of Service of process server, Darryl Green, attached hereto as Exhibit 1.

4. Following several unsuccessful attempts to serve process personally on Defendant Lon Best at his residence, process server, Darryl Green, served the Summons and Complaint on Lon Best, pursuant to N.Y. C.P.L.R. § 308(4) (LEXIS 2006), by affixing the same to the Front door of Defendant's residence at 5 Rock Hill, Glen Head, NY 11545 and

subsequently mailing a copy of said Summons and Complaint by United States Postal Service Certified Mail to Defendant at his residence.

5.  Proof of such service on Lon Best is provided by the Affidavit of Service of process server, Darryl Green, attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2006

_____
Ira R. Mitzner

DSMDB-2188456v01

**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

Plaintiffs,

V.

LON BEST, Individually
and
A. BEST CONTRACTING CO., Inc.

Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:06CV01870

JUDGE: Rosemary M. Collyer

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/●/2006

TO: (Name and address of Defendant)

A. Best Contracting Co., Inc.
39-63 63rd Street
Woodside, NY 11377

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC   20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV - 1 2006
CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                 *Signature of Server*

                    CAPITOL PROCESS SERVICES
                    1827 18TH STREET, N.W.
                    WASHINGTON, D.C. 20009
*Address of Server*       (202) 667-0050

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------X
**JOHN FLYNN, ET AL.,**
                Plaintiff(s),

  -against-

**LON BEST, Individually and A. BEST CONTRACTING CO., INC.,**
                Defendant(s).
-------------------------------------------------X

Index No. 1:06CV01870
JUDGE: ROSEMARY M. COLLYER
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
           S.S.:
COUNTY OF NEW YORK)

    **DARRYL GREEN**, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age, and he is an agent of Capitol Process Services/Investigations Inc.

    That on the 17th day of November 2006, at approximately 2:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon A. Best Contracting Co., Inc. at 39-63rd Street, Woodside, NY 11377, by personally delivering and leaving the same with Annette Rovino, Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Annette Rovino is a white female, approximately 30 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 140 pounds with brown hair and brown eyes.

_____
**DARRYL GREEN #0866535**

Sworn to before me this
21st day of **November**, 2006
_____
NOTARY PUBLIC

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

**EXHIBIT 2**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

      Plaintiffs,

      V.

LON BEST, Individually
   and
A. BEST CONTRACTING COMPANY, INC.

      Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:06CV01870

JUDGE: Rosemary M. Collyer

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/■/2006

TO: (Name and address of Defendant)

    LON BEST, Individually
    5 Rock Hl
    Glen Head, NY   11545-3149

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, DC   20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      NOV - 1 2006
CLERK      DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------X
**JOHN FLYNN, et al.,**

       Plaintiff(s),
  -against-
**LON BEST, Individually and A. BEST CONTRACTING COMPANY, INC.,**
       Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK  )
               S.S.
COUNTY OF NEW YORK)

Index No. 1:06CV01870

AFFIDAVIT OF SERVICE
**JUDGE: ROSEMARY M. COLLYER**

      **DARRYL GREEN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and he is an agent of Capitol Process Services/Investigations Inc.

      That on the 18th day of November 2006, at approximately the time of 1:40 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon Lon Best at 5 Rock Hill, Glen Head, NY 11545. Deponent spoke with Mr. Best's wife via the intercom, but she refused to open the door.

      That on the 22nd day of November 2006, at approximately the time of 5:25 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon Lon Best at 5 Rock Hill, Glen Head, NY 11545. No answer was received when deponent knocked on the door.

      That on the 25th day of November 2006, at approximately the time of 2:09 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon Lon Best at 5 Rock Hill, Glen Head, NY 11545. Deponent spoke with Mr. Best's wife who said "Lon was not home" and she refused to accept the papers.

      That on the 2nd day of December 2006, at approximately the time of 11:14 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL**

**CASE AND COMPLAINT** upon Lon Best at 5 Rock Hill, Glen Head, NY 11545, again no answer was received when deponent knocked on the door.

At that time, therefore, deponent served a true copy of the foregoing papers upon Lon Best by firmly affixing same conspicuously on the white door at that address, the actual place of residence.

That on the 5th day of December 2006, deponent served one copy of the foregoing by enclosing one true copy thereof in a securely sealed and postpaid envelope and sending it by certified mail. Proper postage was affixed for the U.S. Post Office to treat the envelope as certified mail. U.S. Postal Service Form 3800, Receipt Number **7115 1634 3670 0001 7208** is attached hereto as proof of such mailing. The foregoing envelope was inscribed with the words **"Personal and Confidential"** underneath the address, and did not indicate on the outside that they might come from an attorney. The foregoing envelope was deposited into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Lon Best
5 Rock Hill
Glen Head, NY 11545

_____
DARRYL GREEN #0866535

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Sworn to before me this
6th day of **December**, 2006

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

