CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.  )
         Plaintiffs )
)
     vs. )    Civil Action No. 06-1870 (RMC)
)
LON BEST, Individually and )
A. BEST CONTRACTING CO. INC )
         Defendants

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 22nd day of Dec., 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) LON BEST, INDIVIDUALLY & A. BEST CONTRACTING CO., INC. was [were]: [personally served with process on November 17, 2006 (A.BEST)].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): December 5, 2006 (LON BEST, INDIVIDUALLY)].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 29 U.S.C. Section 1132(e)(2)].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner

Dickstein Shapiro LLP
1825 Eye St., N.W., Washington, DC 20006

184564
Bar Id. Number

Address and Telephone Number (202) 420-2200

CO-547
Rev. 3/84

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
       Plaintiff       )
                        )
       vs.              )     Civil Action No. 06-1870 (RMC)
                        )     In re:
LON BEST, Individually and )
A. BEST CONTRACTING CO. INC)         LON BEST
       Defendant              (Defendant)


### MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

       I hereby certify under penalty of perjury, this __22nd__ day of __December__, __2006__, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

       I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a __Contractor__.

*[signature]*
Attorney for Plaintiff
Ira R. Mitzner
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC  20006-5403
(202) 420-2200
Address

__184564__
Bar Id. Number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>LON BEST, INDIVIDUALLY, )<br>and )<br>A. BEST CONTRACTING COMPANY, INC., )<br><br>Defendants. ) | Civil Action No. 06-1870 (RMC) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, DC  20006-5403
>Telephone: (202) 340-2200
>Facsimile   (202) 420-2201
>
>Lon Best
>5 Rock HL
>Glen Head, NY  11545-3149
>
>A. Best Contracting Company, Inc.
>39-63 63rd Street
>Woodside, NY  11377
>
>Richard A. Krauss, Esquire
>Friedman, Krauss & Zlotlow
>888 Seventh Avenue, 11th Floor
>New York, NY  10106-0299
>(212) 247-5990

2189722.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Affidavit in Support of Default, Military Affidavit, and Local Rule 7(k) Statement, were served by first-class mail, postage prepaid, on the 26 day of December, 2006 upon:

Lon Best
5 Rock HL
Glen Head, NY  11545-3149

A. Best Contracting Company, Inc.
39-63 63rd Street
Woodside, NY  11377

Richard A. Krauss, Esquire
Friedman, Krauss & Zlotlow
888 Seventh Avenue, 11th Floor
New York, NY  10106-0299

*Andrea Newell*
Andrea Newell