Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

      Plaintiff(s)

v.

Civil Action No. 06-1870 (RMC)

LON BEST, et al.

      Defendant(s)

RE: LON BEST

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 5, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of December, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk