UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LON BEST and A. BEST<br>CONTRACTING COMPANY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1870 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER TO SHOW CAUSE

Plaintiffs filed a complaint in this matter on November 1, 2006. The record reflects that Defendant Lon Best was served with a summons and copy of the complaint on November 18, 2006, and Defendant A. Best Contracting Company, Inc. was served on November 17, 2006. Upon Plaintiffs' motion under Federal Rule of Civil Procedure 55(a), the Clerk entered default as to both of the Defendants on December 27, 2006. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before February 28, 2007, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: January 31, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge