UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Civil Action No. 06-1870 (RMC) |
|  | ) |
| LON BEST and A. BEST | ) |
| CONTRACTING COMPANY, INC., | ) |
|  | ) |
| Defendants. | ) |

**ORDER TO SHOW CAUSE**

      Plaintiffs filed a complaint in this matter on November 1, 2006. The record reflects that Defendant A. Best Contracting Company, Inc. was served on November 17, 2006, and Defendant Lon Best was served with a summons and copy of the complaint on December 5, 2006; Defendants did not plead or otherwise respond to the complaint. Upon Plaintiffs' motion under Federal Rule of Civil Procedure 55(a), the Clerk entered default as to Defendants on December 27, 2006. As of January 31, 2007, further pleadings had not been filed, and the Court issued an order to show cause why this case should not be dismissed for lack of prosecution. In response to the show cause, on February 28, 2007, Plaintiffs filed a motion for entry of default judgment.

      Accordingly, it is hereby

      **ORDERED** that the Court's January 31, 2007, order to show cause [Dkt. # 7] is **DISCHARGED**; and it is

      **FURTHER ORDERED** that, on or before March 29, 2007, Defendants shall **SHOW**

**CAUSE** why the Plaintiffs' motion for entry of default judgment [Dkt. # 8] should not be granted.

      **SO ORDERED**.


Date: March 1, 2007                               /s/
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge