IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>LON BEST, et al.,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 06-1870 (RMC) |

## JUDGMENT

The Summons and Complaint in this action having been duly served in this action on December 5, 2006, and the time for Defendants to appear and defend herein having expired, and Defendants not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $468,430.91, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendants is hereby granted and ordered entered as the judgment in this action as follows:

1.   That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 620 F Street N.W., 9th Floor, Washington, DC 20004, recover from Defendants, Lon Best, 5 Rock HL, Glen Head, NY 11545-3149 and A. Best Contracting Co.

Inc., 39-63 63rd Street, Woodside, NY 11377, jointly and severally, the amount due of $468,430.91;

2. That Defendants Lon Best and A. Best be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

3. That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Defendants Lon Best and A. Best Contracting Co., Inc.

4. That Defendants Lon Best and A. Best Contracting Co. Inc. comply with their obligation to make timely and full contributions to the IPF.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: 4/12/07

Rosemary M. Collyer
United States District Judge

2221026.01